UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:15-cr-00010-TLS-SLC |
| | ) | |
| DEWAYNE LEWIS | ) | |

**OPINION AND ORDER**

Before the Court is Defendant Dewayne Lewis's "Motion for Ruling/Order" (DE 173), in which he requests that the Court rule on his previously filed motion (DE 146) seeking reconsideration of the Court's prior decision denying Lewis a *Franks* hearing. Because the Court ruled on Lewis's motion for reconsideration prior to Lewis filing the instant motion requesting a ruling, the instant motion is moot. (DE 172).

Accordingly, Lewis's "Motion for Ruling/Order" (DE 173) is DENIED as MOOT.

SO ORDERED.

Entered this 1st day of August 2016.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge